### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jason M. Santiago<br>　　　　　Deanna T. Santiago<br>　　　　　　　Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>　　　　　　　Movant<br>　　vs. | NO. 19-10517 ELF |
| Jason M. Santiago<br>Deanna T. Santiago<br>　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz Esq.<br>　　　　　　　Trustee | |

### ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by Movant Toyota Motor Credit Corporation, it is hereby

**ORDERED**, that the automatic stay under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) is **MODIFIED** as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 Toyota Corolla, VIN: 5YFBU4EE5DP095644 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Date:  4/10/19

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**