United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-10517-elf
Jason M. Santiago                                                     Chapter 7
Deanna T. Santiago
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Apr 10, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
db/jdb         +Jason M. Santiago,   Deanna T. Santiago,   100B Fairfield Lane,   Wayne, PA 19087-3106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
              KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              PAUL S. PETERS, III    on behalf of Debtor Jason M. Santiago ppeters@pmrbm.com
              PAUL S. PETERS, III    on behalf of Joint Debtor Deanna T. Santiago ppeters@pmrbm.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Jason M. Santiago<br>         Deanna T. Santiago<br>                    Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>                    Movant<br>    vs. | NO. 19-10517 ELF |
| Jason M. Santiago<br>Deanna T. Santiago<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz Esq.<br>                    Trustee | |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by Movant Toyota Motor Credit Corporation, it is hereby

**ORDERED**, that the automatic stay under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) is **MODIFIED** as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 Toyota Corolla, VIN: 5YFBU4EE5DP095644 in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Date:  4/10/19                    _____
                                               **ERIC L. FRANK
                                               U.S. BANKRUPTCY JUDGE**